PAUL L. GALE (SBN 65973)
paul.gale@troutmansanders.com
JEREMY A. RHYNE (SBN 217378)
jeremy.rhyne@troutmansanders.com
TROUTMAN SANDERS, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-592
Telephone: 949-622-2700
Facsimile: 949-622-2739

**Attorneys for Plaintiff**
**TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION**

CARLA J. HARTLEY (SBN 117213)
cjh@dillinghammurphy.com
RODRIGO E. SALAS (SBN 194462)
res@dillinghammurphy.com
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

**Attorneys for Defendant**
**TRIDUANUM FINANCIAL, INC.**

# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIDUANUM FINANCIAL, INC.; JOHNNY E. GRIVETTE, JR, ET AL, <br><br> Defendants. | CASE NO. 2:09-CV-00954-FCD-EFB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **[PER LOCAL RULE 6-144(a)]** |

**WHEREAS,** plaintiff Taylor, Bean & Whitaker Mortgage Corporation ("Plaintiff") filed this action on April 8, 2009;

**WHEREAS,** on or about April 13, 2009, Plaintiff served the summons and complaint on the agent for service of process of defendant Triduanum Financial, Inc. ("Defendant");

1

**WHEREAS,** the deadline for Defendant to file a responsive pleading was May 4, 2009;

**WHEREAS,** the parties, by and through their respective counsel of record, have agreed to extend the time within which Defendant may respond to the Complaint; and

**WHEREAS,** by entering into this stipulation, Defendant is not waiving any defenses or jurisdictional challenges that may be available to it;

The parties, in accordance with and subject to U.S. Eastern District Local Rule, Local Rule 6-144(a), hereby stipulate and agree as follows:

(1) that Triduanum Financial, Inc., shall have until close of business on June 3, 2009, to respond to Plaintiff's Complaint, and

(2) that Taylor, Bean & Whitaker Mortgage Corporation, shall not seek or otherwise attempt to obtain default, entry of default or default judgment against Defendant, if at all, until after June 3, 2009.

**IT IS SO STIPULATED.**

Dated: May 15, 2009            TROUTMAN SANDERS, LLP

By: _____//signed//_____
PAUL L. GALE

Attorneys for Plaintiff Taylor, Bean & Whitaker Mortgage Corporation


Dated: May 18, 2009            DILLINGHAM & MURPHY, LLP

By: _____/s/_____
Rodrigo E. Salas
Attorneys for Defendant Triduanum Financial, Inc.

///

///

///

**<u>SIGNATURE ATTESTATION</u>**

I, Rodrigo E. Salas, counsel of record for defendant Triduanum Financial, Inc., hereby attest that I have obtained written permission from each counsel of record herein to submit the instant Stipulation using the "conformed" signatures (/s/) within this e-filed document.

Dated: May 18, 2009                 DILLINGHAM & MURPHY, LLP


By: _____/s/_____
Rodrigo E. Salas

Pursuant to the above stipulation of the parties and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: May 20, 2009            _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE