Gregory A. Bastian - 089024
William A. Muñoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
1375 Exposition Boulevard, Suite 250
Sacramento, CA 95815
Telephone:     (916) 565-0300
Facsimile:      (916) 565-1636

Attorneys for Defendant
JOHNNY E. GRIVETTE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

|  |  |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION, <br><br>     Plaintiff, <br><br> v. <br><br> TRIDUANUM FINANCIAL, INC.; JOHNNY E. GRIVETTE, JR.; CHRISTOPHER JARED WARREN; and SCOTT EDWARD CAVELL, <br><br>     Defendants. | Case No. 2:09-CV-00954-FCD-EFB <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JOHNNY E. GRIVETTE, JR. TO RESPOND TO COMPLAINT |

The parties, by and through their respective counsel, do hereby agree and stipulate as follows:

WHEREAS, Defendant Johnny E. Grivette, Jr., was individually served with the Complaint in this matter via substitute service on or about April 19, 2009. Defendant Grivette has not otherwise appeared in this matter.

WHEREAS, Defendant Grivette is to respond to the Complaint on or before May 29, 2009;

WHEREAS, the parties, by and through their respective counsel of record, have agreed to extend the time within which Mr. Grivette can respond to the Complaint; and

WHEREAS, Defendant Grivette, by entering into this Stipulation is not waiving any defenses or jurisdictional challenges that may be available to him

The parties hereby STIPULATE and AGREE:

Defendant Johnny E. Grivette, Jr., shall have up to and including June 12, 2009 to respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: May 26, 2009

TROUTMAN SANDERS, LLP

By /s/ Jeremy Rhyne
    Jeremy Rhyne
    Attorneys for Plaintiff
    TAYLOR, BEAN & WHITAKER MORTGAGE
    CORPORATION

Dated: May 26, 2009

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ William A. Munoz
    William A. Munoz
    Attorneys for Defendant
    JOHNNY E. GRIVETTE, JR.

**IT IS SO ORDERD.**

Dated: May 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE