PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
JEREMY A. RHYNE (SBN 217378)
jeremy.rhyne@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1200
Irvine, CA  92614-8592
Telephone:  949-622-2700
Facsimile:  949-622-2739

THOMAS B. BOSCH (*admitted pro hac vice*)
thomas.bosch@troutmansanders.com
CHARLES R. BURNETT (*admitted pro hac vice*)
charles.burnett@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile:  404-885-3900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> TRIDUANUM FINANCIAL, INC.; JOHNNY E. GRIVETTE, JR.; CHRISTOPHER JARED WARREN; and SCOTT EDWARD CAVELL, <br><br> Defendants. | Case No.  09-CV-00954-FCD –EFB <br><br> HON. FRANK C. DAMRELL, JR. <br><br> **ENTRY OF DEFAULT JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1017641v1

ENTRY OF DEFAULT JUDGMENT

By application of Plaintiff and it appearing from the records in this action, the declaration of counsel for Plaintiff, the Affidavit of Douglas Miller and its attachments, and other evidence as required by Rule 55(b) of the Federal Rules of Civil Procedure, that default was entered against Defendant Scott Edward Cavell on June 29, 2009, for his having failed to appear, plead or answer Plaintiff's complaint within the time allowed by law; that Defendant Scott Edward Cavell is not a minor, incompetent person, or person serving in the military service; and that Plaintiff's claim against Defendant Scott Edward Cavell is for a sum certain in the amount of $7,831,532.19:

Default judgment is hereby entered against Defendant Scott Edward Cavell in the amount of $7,831,532.19.

VICTORIA C. MINOR, CLERK

DATED: July 14, 2009

By: /s/ J. Donati
_____
J. Donati, Deputy Clerk
United States District Court
Eastern District of California

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Orange County, California. I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592.

I hereby certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

I declare that I am a member of the bar of this court. Executed on July 10, 2009, at Irvine, California.

/s/ Jerremy A. Rhyne
Jeremy A. Rhyne