UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TAYLOR, BEAN & WHITAKER
MORTGAGE CORPORATION,

        Plaintiff,

   v.

TRIDUANUM FINANCIAL, INC.;
JOHNNY E. GRIVETTE, JR.;
CHRISTOPHER JARED WARREN; and
SCOTT EDWARD CAVELL,

        Defendants.

NO. CIV. 2:09-cv-0954 FCD EFB

ORDER

----oo0oo----

This matter is before the court on defendant Scott Edward Cavell's ("Cavell") Motion to Lift Stay for Limited Purpose to Allow Filing and Hearing of Motion to Set Aside Default and Default Judgment and to Quash Service.[1]  Plaintiff Taylor, Bean & Whitaker Mortgage Corporation ("TBW") filed a Statement of Non-Opposition to the motion.

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

1    The court possesses the inherent power to control its own
2 docket and calendar. <u>Mediterranean Enterprises, Inc. v. Ssangyong</u>
3 <u>Corp.</u>, 708 F.2d 1458, 1465 (9th Cir. 1983) (citations omitted).

> A trial court may, with propriety, find it is efficient
> for its own docket and the fairest course for the
> parties to enter a stay of an action before it, pending
> resolution of independent proceedings which bear upon
> the case. This rule . . . does not require that the
> issues in such proceedings are necessarily controlling
> of the action before the court.

<u>Id.</u> (quoting <u>Leyva v. Certified Grocers of California, Ltd.</u>, 593 F.2d 857, 863-64 (9th Cir. 1979), <u>cert. denied</u>, 444 U.S. 827 (1979)).

In light of the jurisdictional issues raised by defendant Cavell's underlying motion as well plaintiff's non-opposition to the present motion, defendant Cavell's motion to lift stay for the limited purpose of filing and hearing his motion to set aside and to quash is GRANTED.  Defendant Cavell shall re-file and properly notice the Motion to Set Aside the Default and the Default Judgment and to Quash Service in accordance with the Local Rules.

IT IS SO ORDERED.

DATED: July 28, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE