UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TAYLOR, BEAN & WHITAKER
MORTGAGE CORPORATION,

        Plaintiff,

   v.

TRIDUANUM FINANCIAL, INC.;
JOHNNY E. GRIVETTE, JR.;
CHRISTOPHER JARED WARREN; and
SCOTT EDWARD CAVELL,

        Defendants.

NO. CIV. 2:09-cv-0954 FCD EFB

ORDER

----oo0oo----

This matter is before the court on defendant Scott Edward Cavell's ("Cavell") Motion to Set Aside Default and Default Judgment and to Quash Service.[1] Plaintiff Taylor, Bean & Whitaker Mortgage Corporation ("TBW") filed a Statement of Non-Opposition to the motion. The court has reviewed the pleadings, records, and papers filed herein. Good cause having been shown,

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

1        IT IS HEREBY ORDERED that the clerk's default entered
2   against defendant Cavell on June 29, 2009 is SET ASIDE.
3        IT IS FURTHER ORDERED that the default judgment entered
4   against defendant Cavell on July 14, 2009 is VACATED.
5        IT IS FURTHER ORDERED that the service of the summons and
6   complaint on defendant Cavell is QUASHED.
7        IT IS SO ORDERED.
8   DATED: November 6, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE