IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

       Plaintiff,                         No. CIV S-09-954 KJM EFB

     vs.

TRIDUANUM FINANCIAL, INC.;
JOHNNY E. GRIVETTE, JR;
CHRISTOPHER JARED WARREN; and
SCOTT EDWARD CAVELL,

       Defendants.                <u>ORDER</u>

        In light of the parties' Joint Status Report filed January 14, 2011, the court hereby continues the stay for another six months. The status conference currently set for January 28, 2011 at 9:00 a.m. is hereby vacated and reset for August 10, 2011 at 10:00 a.m. in Courtroom Three before Kimberly J. Mueller. The parties are instructed to file an updated Joint Status Report on or before August 1, 2011.

        IT IS SO ORDERED.

DATED: January 26, 2011.

                                                UNITED STATES DISTRICT JUDGE

2/tayl0954.sty

1