IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAYLOR, BEAN & WHITAKER
MORTGAGE CORPORATION,

      Plaintiff,                             Civ. No. S-09-954 KJM

      vs.

TRIDUANIM FINANCIAL, INC.
et al,                                         ORDER

      Defendants.
_____/

      Defendant Christopher J. Warren has filed a motion, purportedly notifying the court he is proceeding in pro per, along with a request for case status. Counsel for Mr. Warren has not filed a motion to withdraw as counsel, a prerequisite to Mr. Warren's assuming his own defense. L.R. 182(d). Mr. Warren may wish to communicate with counsel about the status of the case.

      IT IS THEREFORE ORDERED that Christopher Warren's motion to proceed in pro per (ECF No. 74) is denied without prejudice.

DATED: September 15, 2011.

                                                   UNITED STATES DISTRICT JUDGE