Christopher J Warren 17343-055
Taft Satellite Camp A4C-5U
Po Box 7001 Taft CA 93268

FILED
NOV 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TAYLOR BEAN & WHITAKER
MORTGAGE CORPORATION,

    Plaintiff,

vs.

TRIDUANUM FINANCIAL, INC, et al.,

    Defendants
_____/

No. CIV 09-954 KJM EFB

STATUS REPORT

NOVEMBER 15th, 2012

BACKGROUND INFORMATION

    This status report is prepared for the court by defendant Christopher J Warren, defendant, who is representing himself persuant to the order dated September 27th, 2012.

DEFENDANTS PENDING CRIMINAL MATTER RESOLVED

    Defendant Christoper J Warren was sentenced to 175 months of imprisonment on September 11, 2012, and was transferred to TAFT CORRECTIONAL SATELLITE CAMP to serve the remainder of his sentence. His current release date as projected by the BOP is 10-24-2021.

PLAINTIFF STILL IN BANKRUPTCY PROCEEDINGS

    The plaintiff is still in bankruptcy proceedings, and the corporations former CEO and President is serving 30 years of imprisonment for the theft of $400,000,000 during the time that TAYLOR BEAN AND WHITAKER was doing business with TRIDUANUM FINANCIAL.

DEFENDANT STILL NOT IN POSSESSION OF FILE

    Defendant Christopher Warren has requested, by

writing, a copy or original of the entire legal file from previous counsel RICHARD LINKERT of MATHENY, SEARS, LINKERT & JAIME. Mr. Warren sent a third written request dated 11/08/2012 for the file and updating MR. LINKERT to the new and final address of the defendant. Current housing at TAFT SATELLITE CAMP does not allow access to PACER or the Eastern District internet portal, so possession of the file on the instant matter being considered is critical to the defendants ability to move forward. The defense requests that the STAY remains in place until receipt of file from MATHENY, SEARS, LINKERT & JAIME.

DEFENDANTS ATTEMPTS TO RESOLVE MATTER

Defendant Christopher J Warren has on numerous occasions attempted to contact counsel for the plaintiff. Five phone calls to the Atlanta GA office of TROUTMAN SANDERS LLP were 'denied' - that is refused - by the plaintiffs office. Three calls to the IRVINE address and number resulted in the same refusals. A written letter to the IRVINE address at the top of filings made by TROUTMAN SANDERS LLP was "RETURNED TO SENDER" by the United States Post OFfice with the reason listed as being "NOT AT ADDRESS/UNABLE TO FORWARD".

PLAINTIFF LISTED AS VICTIM IN MANDATORY RESTITUTION ORDER

The plaintiff is listed as a victim of the mandatory restitution order filed September 11, 2012, and has access to petittion the financial litigation team of the Eastern District of California to claim interest in more than $1,000,000 in siezed gold - on current market conditions - and over $100,000 from various bank accounts and cash siezures.

CONCLUSION

Triduanum Financial Inc., and Taylor Bean and Whitaker entered into contract and conducted business during a period in which both companies were committing sizable frauds, for which both sets

of executive teams were criminally indicted in two separate districts. Defendant Christopher Warren, now representing himself, is still not in possession of the necessary legal file from previous counsel after sending written requests for the past year.  Defendant Christopher Warren has attempted to contact counsel for the plaintiff to resolve the matter and not waste the courts time.  Defendant Christopher Warren respectfully requests that the court consider the STAY until 06/2013 as to allow time for defense to recieve the appropriate and needed materials to continue proceeding in this case.

Respectfully,

*[signature]*

CHRISTOPHER J WARREN
DEFENDANT