Paul L. Gale (SBN 65,873)
paul.gale@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Phone: (949) 622-2700
Facsimile: (949) 622-2739

Thomas B. Bosch (*Pro Hac Vice*)
TROUTMAN SANDERS LLP
600 Peachtree St NE
Suite 5200
Atlanta, GA 30308
Telephone: (404) 885 3680
Facsimile: (404) 962 6511

Attorneys for Plaintiff
TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TRIDUANUM FINANCIAL, INC.; JOHNNY E. GRIVETTE, JR.; CHRISTOPHER JARED WARREN; AND SCOTT EDWARD CAVELL,<br><br>Defendant. | Case No. 09-CV-00954-KJM –EFB<br><br>HON. KIMBERLY J. MUELLER<br><br>**REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

20267523v1

REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(2)

Plaintiff Taylor, Bean & Whitaker Mortgage Corporation ("TBW") hereby files this Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2). In support of this Request, TBW hereby submits the following:

On April 8, 2009, TBW filed the instant lawsuit in the United States District Court for the Eastern District of California captioned *Taylor, Bean & Whitaker Mortgage Corp. v. Triduanum Financial, Inc., et al.,* Case No. 09-CV-00954-KJM –EFB, against Triduanum Financial, Inc. ("Triduanum"), Johnny E. Grivette, Jr. ("Grivette"), Christopher Jared Warren ("Warren"), and Scott Edward Cavell ("Cavell"). On July 15, 2009, this Court entered an Order (Dkt No. 40) granting Defendants' motion to stay this proceeding in light of the pending criminal matter against Defendants Warren and Cavell, which arose out of the same transaction that gave rise to this action.

Pursuant to the Court's Orders (Dkt Nos. 40, 68, 70, 73, 76, 84, and 88), the parties filed Joint Status Reports on January 5, 2009 (Dkt No. 67), July 9, 2009 (Dkt No. 69), January 14, 2011 (Dkt No. 71), August 1, 2011 (Dkt No. 75), February 1, 2012 (Dkt No. 83), and August 1, 2012 (Dkt No. 85). In addition, TBW and Defendant Triduanum filed a Joint Status Report on November 21, 2012 (Dkt No. 95) and Defendant Warren filed a Status Report on November 26, 2012 (Dkt No. 96). In the November 21, 2012 Joint Status Report, TBW indicated to the Court that it anticipated it would file either a motion for dismissal of this action or a stipulated dismissal.[1] Since the November 21, 2012 report was filed, TBW has made efforts to contact the other parties to obtain their consent to file a stipulated dismissal of this action. Although TBW made efforts to reach each Defendant, as explained below, TBW was able to reach and obtain consent from Defendant Warren only.

---

[1] As stated in the Joint Status Reports dated August 1, 2011 (Dkt No. 75), February 1, 2012 (Dkt No. 83), August 1, 2012 (Dkt No. 85), and November 21, 2012 (Dkt No. 95), TBW filed for Chapter 11 bankruptcy protection on August 24, 2009 in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, Case No. 3:09-bk-07047-JAF. The Debtor's and the Official Committee of Unsecured Creditors' Third Amended and Restated Joint Plan of Liquidation (the "Plan") was confirmed by the bankruptcy court on July 21, 2011. On August 10, 2011, the Plan became effective and the Plan Trust was vested with TBW's claims in this litigation. Troutman Sanders LLP represents the Plan Trustee in this action.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

TBW sent a letter to Defendant Warren, who is currently serving a prison term of 175 months in connection with his role in the related criminal proceeding and is proceeding *pro se* in this action, seeking his consent to dismiss this action. TBW received written consent from Defendant Warren, which was signed and dated December 11, 2012. A true and correct copy of Defendant Warren's consent is attached hereto as Exhibit A.

TBW sent a letter to Defendant Grivette, who also is proceeding *pro se*, at the address listed on the Court's docket seeking his consent to dismiss this action. TBW did not receive any response from Defendant Grivette. As noted in the November 21, 2012 Joint Status Report, TBW understands that Defendant Cavell was arrested in Ireland in 2012 on unrelated charges but TBW remains uncertain about Defendant Cavell's whereabouts and whether he will be extradited to the United States to face charges related to his role in this action. Consequently, TBW has not been in contact with Defendant Cavell. TBW has been in contact with counsel for Triduanum, who informed TBW that, according to the California Secretary of State's records, Triduanum is a suspended corporation that is precluded by law from prosecuting and/or defending any lawsuit. Therefore, Triduanum cannot consent to any action taken in this litigation.

In light of the circumstances set forth above and the likelihood of TBW obtaining any recovery against the Defendants in this action, TBW seeks to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2) and requests an order from this Court granting TBW a voluntary dismissal of this action.

Dated: January 28, 2013

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Paul L. Gale
    Paul L. Gale

Attorneys for Plaintiff TAYLOR, BEAN & WHITAKER MORTGAGE CORPORATION